In the Matter of the Claim of MYRON WHITTIER, Respondent, against SUSAN WEIL, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.